*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212 907-9700*
*www.sgrlaw.com*



*Edward J. Heppt*
*Direct Tel:  212-907-9708*
*Direct Fax:  212-907-9808*
*eheppt@sgrlaw.com*

December 21, 2023



<u>VIA ECF AND E-MAIL</u>

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:    *Spectre Air Capital, LLC v. WWTAI AirOpCo II DAC*, No. 23 Civ. 10929 (KPF)

Your Honor,

This firm represents plaintiff Spectre Air Capital, LLC.  The parties jointly file this letter, at the Court's direction, to confirm that the telephonic conference, previously scheduled for December 21, 2023 at 11:00 a.m., is adjourned to January 2, 2024 at 2:00 p.m. No previous requests for adjournment have been made.  Unless the Court instructs otherwise, the parties will use the Court's dial-in instructions that were previously provided for the January 2nd telephonic conference.

Respectfully,

/s/ *Edward Heppt*

cc:    Michael J. Edelman, Esq. (*via e-mail*)
William W. Thorsness, Esq. (*via email*)

```
Application GRANTED.  The hearing scheduled for December 21, 2023, is
hereby ADJOURNED nunc pro tunc to January 2, 2024, at 2:00 p.m.

The Clerk of the Court is directed to terminate the pending motion at
docket number 16.
```

SO ORDERED.

Dated:    December 21, 2023
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE